UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

PYFER LAW GROUP, LLC
Scott C. Pyfer, Esq.
20 Commerce Drive, Suite 135
Cranford, New Jersey 07106
(908) 543-4025
Attorneys for the Debtor

In Re:

RORY E. BARAHONA,

Debtor.

Case Number: 18-30985 (JKS)

Hearing Date: November 27, 2018/10AM

Judge: Sherwood

Chapter: 7

Order Filed on November 19, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 19, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑  Granted. The deadline to file schedules is extended to ___November ~~12,~~ 21 2018___.

☐  Denied.

rev.8/1/15