UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

PYFER LAW GROUP, LLC
Scott C. Pyfer, Esq.
20 Commerce Drive, Suite 135
Cranford, New Jersey 07106
(908) 543-4025
Attorneys for the Debtor

Order Filed on November 19,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

RORY E. BARAHONA,

Debtor.

Case Number: 18-30985 (JKS)

Hearing Date: November 27, 2018/10AM

Judge: Sherwood

Chapter: 7

Recommended Local Form:   ☒ Followed    ☐ Modified

## ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 19, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted. The deadline to file schedules is extended to ___November ~~12,~~ 21 2018___.

☐ Denied.

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:  
Rory E Barahona  
     Debtor

Case No. 18-30985-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 19, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.  
db            +Rory E Barahona,    549 Summit Avenue,    Maplewood, NJ 07040-1340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:  
           Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com  
           Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon Trust Company, National  
            Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank,  
            N.A. as Trustee for RASC 2003KS4 rsolarz@kmllawgroup.com  
           Scott C. Pyfer     on behalf of Debtor Rory E Barahona scott@pyferlawgroup.com,  
            scottpyfer@gmail.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                   TOTAL: 4