UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Rony E. Barahona                                  Case No.: 18-30985 (JKS)

                                                           Chapter:   7

                                                           Judge:    John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on February 5, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 549 Summit Avenue, Maplewood, NJ, having a fair market value of $500,000.00.

> Liens on property:
>
> Specialized Loan Servicing LLC
> $500,000.00

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0038623 - 1

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                      Case No. 18-30985-JKS
Rony E Barahona                                             Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2        Date Rcvd: Jan 02, 2019
                              Form ID: pdf905            Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2019.
db             +Rony E Barahona,    549 Summit Avenue,    Maplewood, NJ 07040-1340
517883525      +Abbas Mohammed,    35 Manor Drive,    Apartment 8D,    Newark, NJ 07106-3256
517883527      +Alejandro Raspa,    31 Jefferson Avenue,    Maplewood, NJ 07040-1250
517883528      +Angel Nanco,    278 Lincoln Avenue,    Apartment B,    Staten Island, NY 10306-3302
517883529      +Asset Recovery Solutions LLC,     2200 East Devon Avenue,    Suite 200,
                 Des Plaines, IL 60018-4501
517883530      +Carmelo Flores de Jesus,    1624 South Kenneth Avenue,    Union, NJ 07083-5137
517883531      +Ernesto Ramirez,    132 South Center Street,    Second Floor,    Orange, NJ 07050-3521
517883532      +Fernando Ferrari,    229 S. Essex Avenue,    Orange, NJ 07050-3401
517883534      +Gilberto Nanco,    278 Lincoln Avenue,    Apartment B,    Staten Island, NY 10306-3302
517883535     #+JNP Foods LLC,    210 East Street Road,    Suite 3B,    Feasterville Trevose, PA 19053-7680
517883536      +Jose Japon,    354 Mechanic Street,    First Floor,    Orange, NJ 07050-2610
517883537      +Jose Recinos,    116 Prospect Street,    Apartment 404,    Newark, NJ 07105-1765
517883538      +Julio Roberto Monzon,    211 Main Street,    Apartment R2,    Orange, NJ 07050-3739
517883539      +Manuel Ramirez,    99 Pacific Street,    Second Floor,    Newark, NJ 07105-1500
517883540      +Michael Sokolow,    59 Franklin Street,    Unit 202,    New York, NY 10013-4026
517883542      +Miguel Poma,    152 Elm Street,    Orange, NJ 07050-4002
517883543      +Mulvey Electric Inc.,    36 Greenbrook Rd # 1,    Middlesex, NJ 08846-1314
517883545      +New Jersey Anesthesia Associates,     P.O. Box 250,    East Brunswick, NJ 08816-0250
517883547      +Olivera Bevanda,    549 Summit Avenue,    Maplewood, NJ 07040-1340
517883548      +Parker McCay P.A.,    9000 Midlantic Drive,    Suite 300,    Mount Laurel, NJ 08054-1539
517828257       Parker McCay P.A.,    Kiera McFadden-Roan, Esq.,    9000 Midlantic Drive,    Suite 300,
                 Mount Laurel NJ 08054-1539
517883549      +Paychex,    8000 Lincoln Drive, Suite 200,    Marlton, NJ 08053-1542
517883550      +Peter Salas MD,    101 Old Short Hills Road #501,    West Orange, NJ 07052-1080
517883552      +Ricciardi Brothers Inc,    1915 Springfield Avenue,    Maplewood, NJ 07040-3419
517883553      +Roberto Martinez,    42 Lincoln Place,    Irvington, NJ 07111-2321
517883554     #+Ronak Foods LLC,    210 East Street Road,    Suite 3B,    Feasterville Trevose, PA 19053-7680
517883555      +Rossi & Company,    403 Main Street,    Orange, NJ 07050-2774
517883557      +Santander Bank NA,    Overdraft Collections,    Mail Code 10-421-MC3,    450 Penn Street,
                 Reading, PA 19602-1011
517883558       Schacter Portnoy LLC,    3990 U.S. Route 1,    Princeton, NJ 08540
517883559      +Sherwin Williams Co.,    c/o Levitan & Frieland P.C.,    26 Columbia Turnpike,
                 Florham Park, NJ 07932-2213
517828233       Specialized Loan Servicing LLC,    P.O. Box 630147,    Littleton, CO 80163-0147
517883561       State of New Jersey Dept. of Labor,    1 John Fitch Plaza,    P.O. Box 110,
                 Trenton, NJ 08625-0110
517883563      +Travelers,    2420 Lakemont Avenue,    P.O. Box 3556,    Orlando, FL 32802-3556
517883564      +Vengroff Williams Inc.,    P.O. Box 4155,    Sarasota, FL 34230-4155
517883566      +Yenny Aldana,    400 East 199th Street,    Apt. 36,    Bronx, NY 10458-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2019 00:40:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2019 00:40:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517883526       E-mail/Text: EBNProcessing@afni.com Jan 03 2019 00:40:53      AFRI Inc.,
                 1310 Martin Luther King Drive,    P.O. Box 3427,    Bloomington, IL 61702-3427
517883533      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 03 2019 00:41:23
                 GEICO Indemnity Company,    2 Wells Avenue,    Newton Center, MA 02459-3225
517883541      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 03 2019 00:40:45      Midland Funding LLC,
                 2365 Northside Drive #300,    San Diego, CA 92108-2709
517883544      +E-mail/PDF: bankruptcy@ncfsi.com Jan 03 2019 00:49:15      New Century Financial Services Inc.,
                 110 South Jefferson Road,    Suite 104,    Whippany, NJ 07981-1038
517883551      +E-mail/Text: bkrpt@retrievalmasters.com Jan 03 2019 00:40:45
                 Retrieval Masters Creditors Bureau,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1616
517883556      +E-mail/Text: ebn@rwjbh.org Jan 03 2019 00:41:03      Saint Barnabas Medical Center,
                 94 Old Short Hills Road,    Livingston, NJ 07039-5668
517883562       E-mail/Text: bankruptcy@td.com Jan 03 2019 00:40:50      TD Bank NA,    9000 Atrium Way,
                 Mount Laurel, NJ 08054
517883565      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 03 2019 00:41:23      Wells Fargo Bank,
                 725 Canton Street,    Norwood, MA 02062-2679
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517883524       Name,Address1,Address2,Address3,City,State,Zip,    Abbas Mohammed,35 Manor Drive,Apartment,
                 AFRI Inc.,1310 Martin Luther King Drive,,    Alejandro Raspa,31 Jefferson Avenue,,,Ma,
                 Angel Nanco,278 Lincoln Avenue,Apartment,    Asset Recovery Solutions LLC,2200 East D
```

```
District/off: 0312-2           User: admin              Page 2 of 2           Date Rcvd: Jan 02, 2019
                               Form ID: pdf905          Total Noticed: 45

517883560*          Specialized Loan Servicing LLC,    P.O. Box 630147,    Littleton, CO 80163-0147
517883546        ##+New Jersey Turnpike Authority,    581 Main Street,    Suite 5042,    Woodbridge, NJ 07095-5108
                                                                                TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                              Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2019 at the address(es) listed below:
              Charles M. Forman     cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman     on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank,
               N.A. as Trustee for RASC 2003KS4 rsolarz@kmllawgroup.com
              Scott C. Pyfer     on behalf of Debtor Rony E Barahona scott@pyferlawgroup.com,
               scottpyfer@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```