| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC as servicer for<br>The Bank of New York Mellon Trust Company,<br>National Association fka The Bank of New York<br>Trust Company, N.A. as successor to JPMorgan Chase<br>Bank, N.A. as Trustee for RASC 2003KS4 | Case No: 18-30985 JKS<br><br>Hearing Date: **February 26, 2019 at 10:00 A.M.**<br><br>Judge: John K. Sherwood |
| In Re:<br>    Barahona, Rory E. | |

**Order Filed on February 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

Upon the motion of Specializ[ed Loan Servicing LLC as servicer for The Bank of New York] Mellon Trust Company, National Asso[ciation fka The Bank of New York Trust Company, N.A. as] successor to JPMorgan Chase Bank, N.[A. as Trustee for RASC 2003KS4, under] Bankruptcy Code section 362(a) for [relief from the automatic stay as] hereinafter set forth, and for cause s[hown, it is]

DATED: February 27, 2019

_____
Honorable John K. Sherwood
United States Bankruptcy Court

ORDERED that the automat[ic stay is vacated to permit the movant to institute] and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as 549 Summit Avenue , Maplewood NJ 07040**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Rony E Barahona  
    Debtor

Case No. 18-30985-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 27, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2019.  
db           +Rony E Barahona,    549 Summit Avenue,    Maplewood, NJ 07040-1340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2019 at the address(es) listed below:

           Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com  
           Charles M. Forman     on behalf of Trustee Charles M. Forman cforman@formanlaw.com,  
           lcapasso@formanlaw.com;cforman@iq7technology.com  
           Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon Trust Company, National  
           Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank,  
           N.A. as Trustee for RASC 2003KS4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon Trust Company, National  
           Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank,  
           N.A. as Trustee for RASC 2003KS4 rsolarz@kmllawgroup.com  
           Scott C. Pyfer     on behalf of Debtor Rony E Barahona scott@pyferlawgroup.com,  
           scottpyfer@gmail.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                            TOTAL: 6